UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| KLINT NEIMAN, | : |
|     Plaintiff, | : |
| | : |
| v. | :   No. 5:24-cv-0073 |
| | : |
| BOROUGH OF WYOMISSING; | : |
| BOROUGH OF WEST READING; | : |
| CORY MOSER, *A MEMBER OF THE* | : |
| *WYOMISSING POLICE DEPARTMENT*; | : |
| OFFICER A, *A MEMBER OF THE* | : |
| *WYOMISSING POLICE DEPARTMENT*; and | : |
| EDWARD DELOZIER, *A MEMBER OF THE* | : |
| *WEST READING POLICE DEPARTMENT*; | : |
|     Defendants | : |

_____

# **O R D E R**

**AND NOW**, this 16th day of May, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motions to Dismiss, ECF Nos. 13 and 16, are **GRANTED**.

2. The Amended Complaint, ECF No. 9, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge